1503733
PRO SE
DEBORAH J. MORROW
1111 MEADOW DRIVE
ELIZABETH CITY, NC 27909

IN RE
DEBORAH J. MORROW
1111 MEADOW DRIVE

ELIZABETH CITY, NC 27909
SSN or Tax I.D.  XXX-XX-6576

United States Bankruptcy Court
PO Box 791
Raleigh, NC 27602

Other Names Used:

CLAIM NO:   -Court-A                    Unit

OBJECTION TO CONFIRMATION
AND MOTION TO DISMISS

The undersigned Chapter 13 Trustee reports to the Court that the plan of the debtor(s) does not meet the requirements of 11 USC 1325 in that:

FAILURE TO FILE A CONFIRMABLE PLAN, FAILURE TO MAKE PLAN PAYMENTS, FAILURE TO PROVIDE INFORMATION REQUESTED AT 341 MEETING OF CREDITORS.

It is requested that the Court enter an Order denying confirmation and dismissing the case, and

The debtor is hereby notified that unless the debtor(s) file(s) a written request for a hearing within twenty-one (21) days of this notice, the Court will summarily dismiss this case without further notice or hearing.

DATED:  September 15, 2015              /S/ Richard M. Stearns
                                        Richard M. Stearns
                                        Chapter 13 Trustee

CASE: 1503733    TRUSTEE: 54    COURT: 278    Page 1 of 1
TASK: 09-14-2015.00793982.BLB014    DATED: 09/15/2015

Court          Served Electronically

Debtor         DEBORAH J. MORROW          1111 MEADOW DRIVE
                                          ELIZABETH CITY, NC 27909
799    000002  PRO SE                     DEBORAH J. MORROW
               1111 MEADOW DRIVE          ELIZABETH CITY, NC 27909

3 NOTICES

THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON 09/15/2015.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON   09/15/2015   BY /S/EPIQ Systems, Inc.

*CM - Indicates notice served via Certified Mail